IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MICHAEL CHRESTMAN As Next Friend to MELISSA WOODEN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:22-cv-00173 ) Judge Campbell |
| METROPOLITAN GOVERNMENT OF NASHVILLE-DAVIDSON COUNTY, TENNESSEE, *et al.*, | ) Magistrate Judge Newbern ) ) ) |
| Defendants. | ) |

**CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c), the Metropolitan Government of Nashville and Davidson County and Metropolitan Nashville Police Department Officer Defendants Benjamin Williams and Brandon Lopez submit the following facts, which are material and not in dispute, in support of their motion for summary judgment:[1]

1. Ms. Wooden was experiencing a mental health crisis on March 12, 2021. (Compl. ¶ 66.)

**RESPONSE:**


2. Ms. Wooden called 911, provided her address, and said she wanted police to come to the house so they could shoot her. (Compl. ¶ 67.)

**RESPONSE:**

---

[1] This Statement of Undisputed Material Facts is submitted for the Court's consideration in the event that the Court converts Defendants' motion to dismiss to a motion for summary judgment.

3. Defendant Officer Benjamin Williams responded to the scene. (Compl. ¶ 69.) As he approached the scene, he learned that Ms. Wooden had a pickaxe and a baseball bat. (Compl. ¶ 70; Williams Body-Worn Camera Footage ("Williams BWC") at 14:57, attached to Defs.' Mot. as Exhibit 1.)

**RESPONSE:**

4. When Officer Williams arrived on the scene, he parked, exited his vehicle, and approached Ms. Wooden. (Compl. ¶ 71.) Ms. Wooden was holding a pickaxe and a baseball bat when Officer Williams arrived. (Williams Dash Camera Footage ("Williams DC") at 15:17-15:30, attached to Defs.' Mot. as Exhibit 2.)

**RESPONSE:**

5. Defendant Officer Brandon Lopez, who had also arrived on the scene, drew his firearm. Officer Deneana, who was also on the scene, drew his Taser. (Compl. ¶ 74; Williams DC at 15:17-15:30, Ex. 2 to Mot.)

**RESPONSE:**

6. Aside from pointing with or moving the weapons at times while speaking, Ms. Wooden was holding the pickaxe and baseball bat in an upright position over or above her shoulder throughout the incident. (Williams DC at 15:14-21:18, Ex. 2 to Mot.)

**RESPONSE:**

7. About 20 minutes after Officer Williams arrived on the scene, he activated his Taser, and at least one of the Taser projectiles hit Ms. Wooden. (Compl. ¶ 89; Williams BC at 21:16-21:21, Ex. 1 to Mot.)

**RESPONSE:**

8. Ms. Wooden did not fall to the ground when Officer Williams activated the Taser. (Williams BWC at 21:16-21:18, Ex. 1 to Mot.)

**RESPONSE:**

9. After Officer Williams activated the Taser, Ms. Wooden looked directly toward him, raised the bat and pickaxe slightly higher above her shoulder, and moved toward Officer Williams. (Williams BWC at 21:16-21, Ex. 1 to Mot.)

**RESPONSE:**

10. When Ms. Wooden moved toward Officer Williams after he activated the Taser, Officer Lopez fired his service weapon twice, hitting Ms. Wooden. (Williams BWC at 21:22, Ex. 1 to Mot.; Williams DC at 21:22, Ex. 2 to Mot.)

**RESPONSE:**

11. Ms. Wooden collapsed to the ground after the two shots were fired. (Compl. ¶ 92.)

**RESPONSE:**

Respectfully submitted,

THE DEPARTMENT OF LAW
OF THE METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

/s/ *Allison L. Bussell*
ALLISON L. BUSSELL (#23538)
ASSOCIATE DIRECTOR OF LAW
MALLORY S. RICCI (#32492)
ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
allison.bussell@nashville.gov
mallory.ricci@nashville.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing has been served via the Court's Electronic Case Filing (ECF) System and/or U.S. Mail to:

Joy S. Kimbrough
5570 Knob Road
Nashville, TN 37209

Kyle Mothershead
Relentless Advocacy, PLLC
2901 Dobbs Ave.
Nashville, TN 37211

on this 3rd day of May, 2022.

/s/ *Allison L. Bussell*
Allison L. Bussell