# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Michael Chrestman

                          Plaintiff,

v.                                         Case No.: 3:22−cv−00173

Metropolitan Government of Nashville−Davidson
County, Tennessee, et al.

                          Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/6/2024 re [61].

                                                                         Lynda M. Hill
                                                  s/ Annecia L Donigan, Deputy Clerk