IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MICHAEL CHRESTMAN | ) | |
| | ) | |
| As Next Friend to MELISSA WOODEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:22-cv-173 |
| vs. | ) | |
| | ) | |
| METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE-DAVIDSON | ) | Judge Campbell |
| COUNTY, TENNESSEE, | ) | |
| | ) | Magistrate Judge Newbern |
| *Et al.*, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF APPEAL

Comes now Plaintiff, by and through counsel, and gives notice of his appeal to the United States Court of Appeals for the Sixth Circuit from the following District Court rulings:

- March 1, 2024 memorandum and order granting Defendants Williams and Lopez's motions to dismiss based on their claims of qualified immunity, and dismissing the claims against those defendants. (ECF 37, Memorandum; ECF 38, Order);

- November 6, 2024 memorandum and order granting Defendant Metro's motion for judgment on the pleadings, denying Plaintiff's motion to amend complaint, and entering final judgment in this case. (ECF 60, Memorandum; ECF 61, Order).

Plaintiff takes this appeal by right pursuant to 28 U.S.C. § 1291 and Rule 3 of the Federal Rules of Appellate Procedure.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
Relentless Advocacy, PLLC
7000 Executive Center Dr, Suite 240
Brentwood, TN 37027
T: (615) 891-3901 / F: (615) 229-6387
E: kyle@relentlesslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 12, 2024** a copy of the foregoing **Notice of Appeal** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including **Melissa Roberge and Allison Bussell, Counsels for Defendants,** at melissa.roberge@nashville.gov, and allison.bussell@nashville.gov, and **Joy Kimbrough**, co-counsel for Plaintiff, at joykimbrough@gmail.com.

*s/ Kyle Mothershead*
Kyle Mothershead