**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|  | CINCINNATI, OHIO 45202-3988 |  |

Filed: November 12, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

       Re:    Case No. 24-6018, *Michael Chrestman v. Metro Govt of Nashville, et al*
              Originating Case No. 3:22-cv-00173

Dear Ms. Hill,

   Enclosed is a copy of the mandate filed in this case.

                    Sincerely yours,

                    s/Kelly Stephens
                    Appeal Case Manager: Gretchen

cc:  Ms. Allison L. Bussell
     Mr. Kyle Fite Mothershead
     Ms. Melissa Roberge

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-6018

_____

Filed: November 12, 2025

MICHAEL CHRESTMAN, As Next Friend to Melissa Wooden

     Plaintiff - Appellant

v.

METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TN;
BENJAMIN WILLIAMS; BRANDON LOPEZ

     Defendants - Appellees

MANDATE

   Pursuant to the court's disposition that was filed 09/16/2025 the mandate for this case hereby

issues today.

 COSTS:  None